IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

ADELINA C. ROCABRUNA, *et al*.,

        **Plaintiffs,**

v.    Civil No. 1:12cv506

BANK OF AMERICA, N.A.,

        **Defendant.**

## NOTICE OF HEARING

Please take notice that on May 18, 2012 at 10:00 a.m. or as soon thereafter as their counsel may be heard, Plaintiffs, ADELINA AND MIGUEL ROCABRUNA, will support argument in support of their Motion for a Temporary Restraining Order pursuant to Fed. R. Civ. P. 65(b) or, in the alternative, on their Motion for a Preliminary Injunction to Fed. R. Civ. P. 65(a) to prohibit Defendant from foreclosing on their property.

    Respectfully submitted,
    ADELINA AND MIGUEL ROCABRUNA

    _____/s/_____
    Kristi C. Kelly, Esq., VSB #72791
    Andrew J. Guzzo, Esq., VSB # 82170
    SUROVELL ISAACS PETERSEN & LEVY PLC
    4010 University Drive, 2nd Floor
    Fairfax, VA 22030
    (703) 277-9774
    (703) 591-9285 Facsimile
    kkelly@siplfirm.com
    aguzzo@siplfirm.com

    Susan M. Rotkis, VSB # 40693
    Leonard A. Bennett, VSB # 37523
    CONSUMER LITIGATION ASSOC., P.C.

                                                763 J. Clyde Morris Blvd., Suite 1A
                                                Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

      I certify that this 17th day of May 2012, I filed the foregoing motion in the Clerk's Office for the Eastern District of Virginia. The notice of hearing has been transmitted by facsimile, and electronic mail to the following:

| | |
|---|---|
| Kenneth W. Abrams, Esq. | LaTanya Coleman |
| McGuireWoods, LLP | ReconTrust Company, N.A. |
| World Trade Center | Legal Support, Paralegal |
| 101 West Main Street, Suite 900 | Telephone: 214-209-5874 |
| Norfolk, Virginia, 23510-1655 | Fax: 866-380-7701 |
| Telephone: 757.640.3711 | latanya.coleman@recontrust-co.com |
| Fax: 757.640.3950 | |
| kabrams@mcguirewoods.com | |
| | |
| Matt Pearson, Esq. | |
| McGuireWoods, LLP | |
| 201 North Tryon Street | |
| Charlotte, North Carolina, 28202-2146 | |
| Telephone: 704.343.2090 | |
| Fax: 704.805.5077 | |
| mpeason@mcguirewoods.com | |

                                                _____/s/_____
                                                Kristi C. Kelly, Esq., VSB #72791
                                                SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
kkelly@siplfirm.com
*Counsel for Plaintiffs*