IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
ADELINA C. ROCABRUNA, *et al.*        )
                Plaintiffs,    )
    v.                              )    Civil Action No. 1:12cv506
                                )
BANK OF AMERICA, N.A.,           )
                Defendant.     )
_____)

## NOTICE OF APPEARANCE

Andrew J. Guzzo, Esq. of Surovell Isaacs Petersen & Levy, P.L.C. 4010 University Drive, Second Floor, Fairfax, VA 22030 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

ADELINA C. ROCABRUNA, *et al.*

              /s/
_____
Andrew J. Guzzo, Esq. VSB # 82170
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: aguzzo@siplfirm.com
*Counsel for Plaintiff*

DATED: May 17, 2012