IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ADELINA C. ROCABRUNA**
and **MIGUEL A. ROCABRUNA,**

    Plaintiff

v.                       CASE NO. 1:12cv00506-LMB-TCB

**BANK OF AMERICA, N.A.,**

    Defendant

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601, hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                                               **ADELINA C. ROCABRUNA and**
                                                              **MIGUEL A. ROCABRUNA**

                                                               _____/s/_____
                                                               Leonard A. Bennett, Esq.
                                                               VSB #37523
                                                               Attorney for Plaintiff
                                                               CONSUMER LITIGATION
                                                               ASSOCIATES, P.C.
                                                               12515 Warwick Boulevard, Suite 100
                                                               Newport News, Virginia 23606
                                                               (757) 930-3660 - Telephone
                                                               (757) 930-3662 – Facsimile
                                                               lenbennett@cox.net

CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of May, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Catherine Paige Bobick
McGuire Woods, LLP.
310 4th St., NE Suite 300
P. O. Box 1288
Charlottesville, VA 22902
(434) 977-2500
(434) 980-2222 facsimile
pbobick@mcguirewoods.com

Jacob Scott Woody
McGuire Woods, LLP.
310 4th St., NE Suite 300
P. O. Box 1288
Charlottesville, VA 22902
(434) 977-2562
(434) 980-2278 facsimile
jwoody@mcguirewoods.com

                                                     /s/
                                        Leonard A. Bennett, VSB#37523
                                        Consumer Litigation Associates, P.C.
                                        763 J. Clyde Morris Boulevard, Suite 1-A
                                        Newport News, VA 23601
                                        (757) 930-3660 telephone
                                        (757) 930-3662 facsimile
                                        lenbennett@clalegal.com