IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ADELINA C. ROCABRUNA
and MIGUEL A. ROCABRUNA,

    Plaintiff

v.                             CASE NO. 1:12cv00506-LMB-TCB

BANK OF AMERICA, N.A.,

    Defendant

## NOTICE OF APPEARANCE

    Susan M. Rotkis, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601, hereby notes her appearance as counsel in this case on behalf of the Plaintiff.

    Please copy her with all matters in this case.

                                            ADELINA C. ROCABRUNA and
                                            MIGUEL A. ROCABRUNA

                                            _____/s/_____
                                            Susan M. Rotkis, Esq.
                                            VSB #40693
                                            Attorney for Plaintiff
                                            CONSUMER LITIGATION
                                            ASSOCIATES, P.C.
                                            763 J. Clyde Morris Blvd. Suite 1-A
                                            Newport News, Virginia 23601
                                            (757) 930-3660 - Telephone
                                            (757) 930-3662 – Facsimile
                                            srotkis@clalegal.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of May, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Catherine Paige Bobick
McGuire Woods, LLP.
310 4th St., NE Suite 300
P. O. Box 1288
Charlottesville, VA 22902
(434) 977-2500
(434) 980-2222 facsimile
pbobick@mcguirewoods.com

Jacob Scott Woody
McGuire Woods, LLP.
310 4th St., NE Suite 300
P. O. Box 1288
Charlottesville, VA 22902
(434) 977-2562
(434) 980-2278 facsimile
jwoody@mcguirewoods.com

                                                             /s/
                                    Susan M. Rotkis, VSB #40693
                                    Consumer Litigation Associates, P.C.
                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                    Newport News, VA 23601
                                    (757) 930-3660 telephone
                                    (757) 930-3662 facsimile
                                    srotkis@clalegal.com