**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Civil Division**

| | |
|---|---|
| **ADELINA C. ROCABRUNA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: 1:12-cv-506-LMB/TCB |
| ) | |
| **BANK OF AMERICA, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS AND WRITTEN DISCOVERY

COMES NOW the Plaintiffs, ADELINA C. ROCABRUNA and MIGUEL A. ROCABRUNA, by counsel, and hereby moves this Court to grant the following relief:

1. Extend the time for Plaintiffs to complete discovery of Bank of America, N.A. ("BOA" or "Defendant") evidence from October 18, 2012 to November 8, 2012;

2. Provide a three week extension to the deadline for Plaintiffs' Rule 26(a)(3) disclosures;

3. Overrule all Defendant's discovery objections;

4. Compel BOA to produces its Rule 30(b)(6) designee(s) without objection;

5. Compel BOA to produce for depositions the following witnesses, for which it has not provided contact information by which to serve a deposition notice upon the witnesses: Janet Cleversy and Urshay Hill, ACDV operators, and the person most responsible for the management of the Indian ACDV facility; and

6. Compel the Defendant to produce documents and respond to written discovery without limitation.

In support of their Motion, the Plaintiffs' supply the accompanying Memorandum in Support.

                Respectfully submitted,
                ADELINA AND MIGUEL ROCABRUNA

                By        /s/
                     Of Counsel

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB # 82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

Leonard A. Bennett, VSB # 37523
Susan M. Rotkis, VSB # 40693
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been filed in the CM/ECF system, which shall electronically forward it to the following on this 28th day of September, 2012, as follows:

Anand Vijay Ramana
McGuire Woods, LLP
2001 K Street NW
Suite 400
Washington, DC 20006-1040
E-mail: aramana@mcguirewoods.com

Brian Emory Pumphrey
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
Email: bpumphrey@mcguirewoods.com

/s/
Kristi C. Kelly, Esq.,
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiffs*