IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ADELINA C. ROCABRUNA and
MIGUEL A. ROCABRUNA,

    Plaintiffs,

v.                                  Civil Action No: 1:12-cv-00506-LMB-TCB

BANK OF AMERICA, N.A.,

    Defendants.

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on the 14th day of September 2012, at 10:00 a.m., and continuing until completed, at the offices of ***MCGUIRE WOODS, 901 E. CARY STREET, RICHMOND, VA 23219-4030***, Plaintiff, through his attorney, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, will take the video and telephonic deposition of the *person who processed the Plaintiffs' Experian ACDV Dispute.*

                                ADELINA C. ROCABRUNA and
                                MIGUEL A. ROCABRUNA,

                                By: ___/s/ Susan Rot___
                                      Of Counsel

Leonard A. Bennett, Esq.
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com



EXHIBIT E

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400
(703) 591-9285
E-mail: kkelly@siplfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on or about August 3, 2012, a true and correct copy of the foregoing was forwarded by first class mail to the following counsel of record:

Anand Vijay Ramana
McGuire Woods, LLP
2001 K Street NW
Suite 400
Washington, DC 20006-1040
E-mail: aramana@mcguirewoods.com

Catherine Paige Bobick
McGuire Woods, LLP
310 4th St NE, Suite 300
P.O. Box 1288
Charlottesville, VA 22902
E-mail: pbobick@mcguirewoods.com

Jacob Scott Woody
McGuire Woods, LLP
310 4th St NE, Suite 300
P.O. Box 1288
Charlottesville, VA 22902
E-mail: jwoody@mcguirewoods.com

Brian Emory Pumphrey
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
Email: bpumphrey@mcguirewoods.com

                                            */s/ Susan Sm[illegible]*
                                            *Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ADELINA C. ROCABRUNA and
MIGUEL A. ROCABRUNA,

    Plaintiffs,

v.                                  Civil Action No: 1:12-cv-00506-LMB-TCB

BANK OF AMERICA, N.A.,

    Defendants.

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on the 14th day of September, 2012, at 1:00 p.m., and continuing until completed, at the offices of *MCGUIRE WOODS, 901 E. CARY STREET, RICHMOND, VA 23219-4030*, Plaintiff, through his attorney, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, will take the video and telephonic deposition of **PRAKASH RAO.**

                                      ADELINA C. ROCABRUNA and
                                      MIGUEL A. ROCABRUNA,

                                      By: _____/s/ Susan M. Rotkis_____
                                              Of Counsel

Leonard A. Bennett, Esq.
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400
(703) 591-9285
E-mail: kkelly@siplfirm.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on or about August 31, 2012, a true and correct copy of the foregoing was forwarded by first class mail to the following counsel of record:

Anand Vijay Ramana
McGuire Woods, LLP
2001 K Street NW
Suite 400
Washington, DC 20006-1040
E-mail: aramana@mcguirewoods.com

Catherine Paige Bobick
McGuire Woods, LLP
310 4th St NE, Suite 300
P.O. Box 1288
Charlottesville, VA 22902
E-mail: pbobick@mcguirewoods.com

Brian Emory Pumphrey
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
Email: bpumphrey@mcguirewoods.com

_____
*Of Counsel*