**Kristi Cahoon Kelly**

**From:** Ramana, Anand V. [ARamana@mcguirewoods.com]
**Sent:** Wednesday, September 12, 2012 6:01 PM
**To:** Kristi Cahoon Kelly
**Subject:** RE: can you talk for 5 minutes now?

ok let's catch up tomorrow.


Anand V. Ramana
McGuireWoods LLP
2001 K Street, NW
Washington, DC 20006
202.857.1734 (Direct Line)
202.828.2973 (Direct Facsimile)
aramana@mcguirewoods.com

---

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

---

**From:** Kristi Cahoon Kelly [mailto:kkelly@siplfirm.com]
**Sent:** Wednesday, September 12, 2012 6:00 PM
**To:** Ramana, Anand V.
**Subject:** RE: can you talk for 5 minutes now?

Leaving in a few..

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Tel: (703) 277-9774
Fax: (703) 591-9285
kkelly@siplfirm.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-251-5400 or e-mail me immediately. Thank you.

**From:** Ramana, Anand V. [mailto:ARamana@mcguirewoods.com]
**Sent:** Wednesday, September 12, 2012 6:00 PM
**To:** Kristi Cahoon Kelly
**Subject:** RE: can you talk for 5 minutes now?

yikes. can't now. 6pm call. how late will you be at the office?


Anand V. Ramana
McGuireWoods LLP
2001 K Street, NW
Washington, DC 20006
202.857.1734 (Direct Line)



EXHIBIT H

202.828.2973 (Direct Facsimile)
aramana@mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**From:** Kristi Cahoon Kelly [mailto:kkelly@siplfirm.com]
**Sent:** Wednesday, September 12, 2012 5:58 PM
**To:** Ramana, Anand V.
**Subject:** RE: can you talk for 5 minutes now?

Sure.

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Tel: (703) 277-9774
Fax: (703) 591-9285
kkelly@siplfirm.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-251-5400 or e-mail me immediately. Thank you.

**From:** Ramana, Anand V. [mailto:ARamana@mcguirewoods.com]
**Sent:** Wednesday, September 12, 2012 5:51 PM
**To:** Kristi Cahoon Kelly
**Subject:** can you talk for 5 minutes now?

Anand V. Ramana
McGuireWoods LLP
2001 K Street, NW
Washington, DC 20006
202.857.1734 (Direct Line)
202.828.2973 (Direct Facsimile)
aramana@mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*