**Kristi Cahoon Kelly**

| | |
|---|---|
| **From:** | Ramana, Anand V. [ARamana@mcguirewoods.com] |
| **Sent:** | Friday, September 14, 2012 1:54 PM |
| **To:** | Kristi Cahoon Kelly |
| **Subject:** | Talk? |

I'm done bailing on you every time.  Can we talk today?


Anand V. Ramana
McGuireWoods LLP
2001 K Street, NW
Washington, DC 20006
202.857.1734 (Direct Line)
202.828.2973 (Direct Facsimile)
aramana@mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

