Case 1:12-cv-00506-LMB-TCB   Document 39-23   Filed 09/28/12   Page 1 of 2 PageID# 589
Case 3:11-cv-00221-REP   Document 149-2   Filed 02/20/12   Page 1 of 153 PageID# 2696

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                       RICHMOND DIVISION

 4

 5   ------------------------------------

 6   GILBERT JAMES                       :    Civil Action No.
                                         :    3:11CV00221
 7   vs.                                 :
                                         :
 8   ENCORE CAPITAL GROUP, INC., et al.  :    January 23, 2012
                                         :
 9   ------------------------------------

10

11        COMPLETE TRANSCRIPT OF THE MOTIONS HEARING

12            BEFORE THE HONORABLE ROBERT E. PAYNE

13                 UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16   Leonard A. Bennett, Esquire
     Consumer Litigation Association, PC
17   12515 Warwick Boulevard
     Suite 100
18   Newport News, Virginia  23606

19   Matthew J. Erausquin, Esquire
     Consumer Litigation Associates, PC
20   1800 Diagonal Road
     Suite 600
21   Alexandria, Virginia  22314
     Counsel for the plaintiff
22

23

24                   Peppy Peterson, RPR
                     Official Court Reporter
25                United States District Court
```



Case 1:12-cv-00506-LMB-TCB   Document 39-23   Filed 09/28/12   Page 2 of 2 PageID# 590
Case 3:11-cv-00221-REP   Document 149-2   Filed 02/20/12   Page 107 of 153 PageID# 2802

107

```
 1              THE COURT:  All right.  Anything else?
 2              MR. BENNETT:  No, sir.
 3              THE COURT:  The objection is overruled.  They are to
 4    provide from the period April 1, 2008, to the present.  Part
 5    two, what's the filing date of this case, April 1, 2011?
 6              MR. ST. GEORGE:  April 7th, Your Honor.
 7              THE COURT:  All right, April 7, 2011, a copy of each
 8    complaint filed in every lawsuit in which it's been sued for an
 9    alleged violation of 15 U.S.C. Section 1981(s)(2), and if it
10    does that, then it doesn't have to answer the interrogatory.
11    The cost of copying those complaints and shipping them to the
12    plaintiff will be borne by the plaintiff.  All right?
13              MR. BENNETT:  That concludes the remaining issues.
14    Judge, with respect to P, you have already ruled on that.  That
15    is interrogatories one and two we discussed with respect to the
16    Exhibit A resolutions.
17              THE COURT:  Request number what?
18              MR. BENNETT:  It's interrogatories one and two at the
19    bottom of Exhibit A, or end of it, second to last page.
20              THE COURT:  All right.  And how about --
21              MR. BENNETT:  Q, we've agreed to withdraw as a basis
22    of our motion interrogatory nine which is the issue in Q.
23              THE COURT:  So that's withdrawn.
24              MR. BENNETT:  Yes, sir.  All right, now, that brings
25    us to the privilege issue in number, motion -- do you all need
```