**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Civil Division**

| | |
|---|---|
| **ADELINA C. ROCABRUNA, et al.,**       )<br>                                                                  )<br>           **Plaintiffs,**              )<br>                                                                  )<br>           v.                                         ) Civil Action No.: 1:12-cv-506-LMB/TCB<br>                                                                  )<br>**BANK OF AMERICA, N.A.,**                   )<br>                                                                  )<br>           **Defendant.**                   )<br>                                                                  ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Depositions and Written Discovery. Having considered the matter, and deeming it proper and just to do so, the Court rules that:

1.  The time for the Plaintiffs to complete discovery of the Defendant is moved from October 18, 2012 to November 8, 2012.

2.  An extension of three weeks to the deadline for Plaintiffs' Rule 26(a)(3) disclosures is hereby granted.

3.  The Defendant's objections to discovery are overruled.

4.  The Defendant is ordered to produce its Rule 30(b)(6) designee(s) without objection.

5.  The Defendant is ordered to produce the following witnesses for deposition: Janet Cleversy, Urshay Hill, ACDV operators, and the person most responsible for the management of the Indian ACDV facility; and

   6. The Defendant is ordered to produce documents and respond to Plaintiffs' written discovery without limitation.

   IT IS SO ORDERED.

Let the Clerk of the Court send a copy of this ORDER to the Plaintiffs and all counsel of record.

Entered_____        _____
                                                              United States District Judge

**ADELINA C. ROCABRUNA
and MIGUEL A. ROCABRUNA**

_____/s/_____
Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400
(703) 591-9285
E-mail: kkelly@siplfirm.com

Leonard A. Bennett, Esq., VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Attorneys for Plaintiffs


**BANK OF AMERICA, N.A.**

_____/s/_____
Anand Vijay Ramana
McGuireWoods LLP (DC)
2001 K Street NW
Suite 400
Washington, DC 20006-1040
Email: aramana@mcguirewoods.com

Brian Emory Pumphrey
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
E-mail: bpumphrey@mcguirewoods.com
Attorneys for Defendant