**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Civil Division**

| | |
|---|---|
| **ADELINA C. ROCABRUNA, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:12-cv-506-LMB/TCB |
| | ) |
| **BANK OF AMERICA, N.A.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**AMENDED NOTICE OF HEARING ON PLAINTIFFS' MOTION
TO COMPEL DEPOSITIONS AND WRITTEN DISCOVERY**

PLEASE TAKE NOTICE that on Friday, October 12, 2012, at 10:00 a.m., or as soon as the motion may be heard, the Plaintiffs shall move the Court pursuant to Fed. Rule Civ. P. 37(c)(1) for an order extending the time to complete discovery from October 18, 2012, to November 8, 2012; providing a three week extension to the deadline for Plaintiffs' Rule 26(a)(3) disclosures; overruling Defendant's discovery objections; compelling Defendant to produce its Rule 30(b)(6) designee(s) without objections; compelling Defendant to produce for depositions Janet Cleversy and Erlysha Hill; ACDV operators; and the person most responsible for the management of the Indian ACDV facility; and compelling Defendant to produce documents and respond to written discovery without limitation.

Plaintiffs originally noticed this motion for October 5, 2012, but were instructed to re-notice the motion for October 12, 2012, due to the Judicial Conference.

Respectfully submitted,
ADELINA AND MIGUEL ROCABRUNA

By _____/s/_____
Of Counsel

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB # 82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com


Leonard A. Bennett, VSB # 37523
Susan M. Rotkis, VSB # 40693
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been filed in the CM/ECF system, which shall electronically forward it to the following on this 1st day of October, 2012, as follows:

Anand Vijay Ramana
McGuire Woods, LLP
2001 K Street NW
Suite 400
Washington, DC 20006-1040
E-mail: aramana@mcguirewoods.com

Brian Emory Pumphrey
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
Email: bpumphrey@mcguirewoods.com

/s/
Andrew J. Guzzo, Esq.,
Virginia State Bar No. 82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9766
Facsimile: (703) 591-9285
Email: aguzzo@siplfirm.com
*Counsel for Plaintiffs*