IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Civil Division

**ADELINA C. ROCABRUNA,** *et al.***,**

    **Plaintiffs,**

    v.                                         Civil Action No.: 1:12-cv-506-LMB/TCB

**BANK OF AMERICA, N.A.,**

    **Defendant.**

## NOTICE OF HEARING ON PLAINTIFFS' MOTION
## TO FILE DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that on Friday, October 12, 2012, at 10:00 a.m. the Plaintiffs, ADELINA C. ROCABRUNA AND MIGUEL ROCABRUNA, by counsel, will move the Court to grant their Motion to File Documents Under Seal pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia. The hearing shall be at the Albert V. Bryan, United States Courthouse, for the Eastern District of Virginia, 401 Courthouse Sq., Alexandria VA 22314.

                                                Respectfully submitted,
                                                ADELINA AND MIGUEL ROCABRUNA

                                                By _____/s/_____
                                                        Of Counsel

Leonard A. Bennett, VSB # 37523
Susan M. Rotkis, VSB # 40693
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Counsel for Plaintiffs*

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB # 82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been filed in the CM/ECF system, which shall electronically forward it to the following on this 10th day of October, 2012, as follows:

| | |
|---|---|
| Anand Vijay Ramana<br>McGuire Woods, LLP<br>2001 K Street NW<br>Suite 400<br>Washington, DC 20006-1040<br>E-mail: aramana@mcguirewoods.com | Brian Emory Pumphrey<br>McGuireWoods LLP<br>901 E Cary St<br>Richmond, VA 23219-4030<br>Email: bpumphrey@mcguirewoods.com |

_____/s/_____
Kristi C. Kelly, Esq.,
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiffs*