IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ADELINA C. ROCABRUNA, *et al.*,

      Plaintiffs,

v.                                Civil Action No.: 1:12-cv-506-LMB/TCB

BANK OF AMERICA, N.A.,

      Defendant.

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

The Plaintiffs respectfully incorporate their arguments and authorities outlined in their Memorandum and Reply Briefs in Support of their Motion to Compel as their Opposition to Defendant's Motion for Protective Order. The Plaintiffs respectfully request that the Court deny the Defendant's Motion for Protective Order.

Respectfully submitted,

**ADELINA AND MIGUEL
ROCABRUNA**

           /s/
_____
Leonard A. Bennett, Esq. (VSB #37523)
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com

Susan M. Rotkis, Esq. (VSB #40693)
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone

(757) 930-3662 – Facsimile
srotkis@clalegal.com

Kristi Cahoon Kelly, Esq. (VSB #72791)
Andrew J. Guzzo, Esq. (VSB #82170)
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
703-251-5400 - Telephone
703-591-9285 – Facsimile
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anand Vijay Ramana
McGuireWoods LLP (DC)
2001 K Street NW
Suite 400
Washington, DC 20006-1040
Email: aramana@mcguirewoods.com

Brian Emory Pumphrey
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
E-mail: bpumphrey@mcguirewoods.com

_____/s/_____

Kristi Cahoon Kelly, Esq. (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
703-251-5400 - Telephone
703-591-9285 – Facsimile
Email: kkelly@siplfirm.com