**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ADELINA C. ROCABRUNA & <br> MIGUEL A. ROCABRUNA, <br><br> *Plaintiff*, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> *Defendant*. | Civil Action No. 1:12-cv-00506 (LMB/TCB) |

## DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO FILE UNDER SEAL

Defendant Bank of America, N.A. ("BOA"), by counsel and pursuant to Local Rule 5 and the August 21, 2012 Stipulated Protective Order entered in this action, hereby moves to file under seal the portions of certain confidential and proprietary documents that Plaintiffs Adelina C. Rocabruna and Miguel A. Rocabruna seek to attach to their briefing in response to BOA's Opposition to the pending Motion to Compel filed by Plaintiffs.

Pursuant to Paragraph 10 of the Stipulated Protective Order, BOA shall file its memorandum in support of this Motion to File Under Seal on or before October 15, 2012.

WHEREFORE, BOA respectfully requests that this Court (1) GRANT BOA's Motion to File Under Seal; (2) ORDER that Exhibit A attached to Plaintiffs' Memorandum in Support of their Motion to File Documents Under Seal shall be maintained under seal and not otherwise publicly available; and (3) AWARD BOA its costs and attorneys' fees in pursuing this Motion, as well as any other relief it deems just and proper.

Dated: October 10, 2012                    Respectfully submitted,

                                                 **BANK OF AMERICA, N.A.**

                                                 _____/s/_____
                                                 Brian E. Pumphrey (VSB No. 47312)
                                                 MCGUIREWOODS LLP
                                                 901 East Cary Street
                                                 Richmond, Virginia 23219
                                                 Phone: (804) 775-7745
                                                 Fax: (804) 698-2018
                                                 Email: bpumphrey@mcguirewoods.com

                                                 Anand V. Ramana (VSB No. 65852)
                                                 2001 K Street, NW, Suite 400
                                                 Washington, DC 20006
                                                 Tel:  (202) 857-1734
                                                 Fax:  (202) 828-2973
                                                 Email: aramana@mcguirewoods.com

                                                 Robert W. McFarland (VSB No. 24021)
                                                 9000 World Trade Center
                                                 Norfolk, Virginia 23510
                                                 Tel: (757) 640-3716
                                                 Fax:  (757) 640-3966
                                                 Email: rmcfarland@mcguirewoods.com

                                                 *Counsel for Defendant Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 10th of October, 2012, and in addition to the electronic service provided by this Court's ECF system, I served the foregoing pleading on the following persons via electronic mail and U.S. first-class mail, postage prepaid:

     Leonard Anthony Bennett
     Susan Mary Rotkis
     CONSUMER LITIGATION ASSOCIATES, PC
     763 J. Clyde Morris Boulevard, Suite 1-A
     Newport News, VA 23601
     Telephone: 757-930-3660
     Facsimile: 757-930-3662
     Email: lenbennett@clalegal.com
     Email: srotkis@clalegal.com

     Kristi Cahoon Kelly
     SUROVELL ISAACS PETERSEN & LEVY PLC
     4010 University Dr
     Suite 200
     Fairfax, VA 22030
     703-277-9774
     Fax: 703-591-9285
     Email: kkelly@siplfirm.com
     *Counsel for Plaintiff*


       /s/
     Brian E. Pumphrey (VSB No. 47312)
     MCGUIREWOODS LLP
     901 East Cary Street
     Richmond, Virginia 23219
     Phone: (804) 775-7745
     Fax: (804) 698-2018
     Email: bpumphrey@mcguirewoods.com
     *Counsel for Bank of America, N.A.*