AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Adelina C. Rocabruna & Miguel A. Rocabruna | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-00506 (LMB/TCB) |
| Bank of America, N.A. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of America, N.A.

Date: 10/18/2012

/s/ Seth A. Schaeffer
*Attorney's signature*

Seth A. Schaeffer (VSB # 74509)
*Printed name and bar number*

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Address*

sschaeffer@mcguirewoods.com
*E-mail address*

(804) 775-1174
*Telephone number*

(804) 698-2167
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on October 18, 2012, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Kristi C. Kelly (VSB # 72791)
>Andrew J. Guzzo (VSB # 82170)
>SUROVELL, ISAACS, PETERSEN & LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030
>
>Leonard A. Bennett (VSB # 37523)
>Susan M. Rotkis (VSB # 40693)
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia 23606

    /s/ Seth A. Schaeffer