IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADELINA C. ROCABRUNA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> *Defendant*. | Civil Action No. 1:12-cv-00506 (LMB/TCB) |

## NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER

Plaintiffs Adelina C. Rocabruna and Miguel A. Rocabruna have withdrawn the notice of deposition seeking to depose Ms. Kristine Resler in the above-captioned action. Accordingly, Defendant Bank of America, N.A., by counsel, respectfully withdraws the Motion for Protective Order it filed on October 17, 2012.

Dated: October 23, 2012

Respectfully submitted,

**BANK OF AMERICA, N.A.**

/s/ Anand V. Ramana
Anand V. Ramana (VSB No. 65852)
**McGuireWoods LLP**
2001 K Street, NW, Suite 400
Washington, DC 20006
Tel: (202) 857-1734
Fax: (202) 828-2973
Email: aramana@mcguirewoods.com
*Counsel for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett
>Susan Mary Rotkis
>CONSUMER LITIGATION ASSOCIATES, PC
>763 J. Clyde Morris Boulevard, Suite 1-A
>Newport News, VA 23601
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>Email: lenbennett@clalegal.com
>Email: srotkis@clalegal.com
>
>Kristi Cahoon Kelly
>SUROVELL ISAACS PETERSEN & LEVY PLC
>4010 University Dr
>Suite 200
>Fairfax, VA 22030
>703-277-9774
>Fax: 703-591-9285
>Email: kkelly@siplfirm.com
>*Counsel for Plaintiff*

>/s/
>Anand V. Ramana (VSB No. 65852)
>**MCGUIREWOODS LLP**
>2001 K Street, N.W.
>Suite 400
>Washington, DC 20006
>Tel: (202) 857-1734
>Fax: (202) 828-2973
>Email: aramana@mcguirewoods.com
>*Counsel for Bank of America, N.A.*